IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00020-SKC

BROOKS TERRELL,

    Applicant,

v.

FEDERAL BUREAU OF PRISONS,

    Respondent.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order (ECF No. 33) entered by U.S. District Judge S. Kato Crews on January 30, 2024, it is

ORDERED that judgment is entered in favor of the respondent and against the applicant.   It is

FURTHER ORDERED that that leave to proceed *in forma pauperis* on appeal is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals

    for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   It is

FURTHER ORDERED that this case is dismissed.

Dated at Denver, Colorado this 30th day of January, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/C. Pearson, Deputy Clerk